# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 16-2377-GW(PLAx) | Date | March 8, 2017 |
|---|---|---|---|
| Title | *Mary Ann Hastings v. Target Corporation, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER TO SHOW CAUSE RE: SETTLEMENT**

On March 3, 2017, Plaintiff Mary Ann Hasting filed a Notice of Settlement. The Court sets an Order to Show Cause re: Settlement Hearing for March 23, 2017 at 8:30 a.m.

The parties are advised that the order to show cause will be vacated and no appearance will be required provided that a Stipulation to Dismiss, with a proposed order, is filed by noon on March 22, 2017.

All previously set deadlines and dates are vacated and taken off-calendar.

:

Initials of Preparer    JG